**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

**UNITED STATES OF AMERICA**

v.

**SAVANAH JUG**
**JENNIFER SHIELDS**
**JULIE GARDNER**
**DAVID JUAREZ**

**INITIAL APPEARANCE**
**on Criminal Complaint**

CASE NUMBER **26-MJ-523**

---

HONORABLE STEPHEN C. DRIES, presiding
Deputy Clerk: Noah F/Tony B
Hearing Held: September 29, 2026 at 2:30 PM

Court Reporter: Liberty
Hearing Began: 2:34 PM
Hearing Ended: 3:20 PM

**Appearances:**

UNITED STATES OF AMERICA by: Kate Biebel
Savanah Jug, in person, and by: Dennise Moreno ☐ CJA ☑ FDS ☐ RET
Jennifer Shields, in person, and by: Dennise Moreno ☐ CJA ☑ FDS ☐ RET
Julie Gardner, in person, and by: Dennise Moreno ☐ CJA ☑ FDS ☐ RET
David Juarez, in person, and by: Dennise Moreno ☐ CJA ☑ FDS ☐ RET
U.S. PROBATION OFFICE by: Jennifer Cravatta
INTERPRETER: ☑ None ☐ Sworn

---

☐ Defendant consents to proceed via video
☑ Defendants advised of rights
☐ Court orders counsel appointed
　☐ Defendant to reimburse at $ Amount per month
☑ Defendants advised of charges, penalties, and fines
☑ Counsel advised of *Brady v. Maryland* requirements (*See* Order below)
☐ **Preliminary Hearing/Arraignment and Plea set for Date at Time**
☑ Government requests 3-day hold. Detention Hearing set for October 2, 2026 at 9:30 AM and 10:00 AM. *See* Order of Temporary Detention. Jugs at 9:30 AM, Shields at 10:00 AM

---

Maximum Penalties:
(Each Count 1-4 applies to each Defendant)

Count 1: 30 years imprisonment, $1,000,000 fine, 5 years supervised release, $100 SA
Count 2: 20 years imprisonment, $250,000 fine, 3 years supervised release, $100 SA
Count 3: 20 years imprisonment, $500,000 fine or twice the value (whichever is greater), 3 years supervised release, $100 SA
Count 4: 10 years imprisonment, $250,000 fine, 3 years supervised release, $100 SA

Pretrial services does not have current reports on Jug and Shields.

The government seeks detention on Jug and Shields. The government believes they pose a risk at obstruction or intimidation of victims, as well as a risks of flight. The government asks for a three day hold if a detention hearing will be set. The government supports their argument with facts of the case regarding Jug's and Shields' criminal conduct and their continued contact with victims, which could lead to intimidation. The government brings forth the fact of document forgery being part of this case, which could lead to obstruction. Arresting agents that

performed searches of Shields' residence that produced potentially other crimes. The government believes a three-day hold will allow the investigation to produce further relevant incriminating data.
The government does not seek detention on Juarez or Gardner. The government agrees with pretrial services recommendations of release conditions for Gardner and requests those conditions be applied to Juarez. These conditions are to include no contact with victims or co-defendants. The government requests an additional condition of opening new lines of credit and no new spending, without clearance, over $1000. The government requests an additional condition of no visiting or spending money at casinos/gambling institutions.

Defense proffers release for Jug and Shields. Defense challenges that the government has met their burden of preponderance of evidence. Defense challenges the severity and probability for risk of obstruction, intimidation, and flight. Defense argues that threats and intimidation do not exist in the communication evidence. Defense has no objection to the conditions of release and requests the conditions apply to all four defendants. Defense argues against the government's request for a three-day hold before the detention hearing. Defense cites caselaw to support the argument against the three-day hold. Defense asks the court to consider the families of Jug and Shields.

The Court finds that a three-day hold is acceptable. The Court orders a Detention Hearing at 9:30 AM for Jug and 10:00 AM for Shields on Friday October 2, 2026 for Jug and Shields. The Court adopts the additional conditions of no new lines of credit, spending over $1000, and spending money on gambling as to Juarez and Gardener.

**IT IS HEREBY ORDERED** that as required by Federal Rule of Criminal Procedure 5(f), the court **ORDERS** that the government must produce all exculpatory information to the defendant(s) as required by *Brady v. Maryland,* 373 U.S. 83 (1963) and its progeny. Failure to comply with this order in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges and contempt proceedings.

**SAVANAH JUG** **26-MJ-523**

**Bond Status:**

☑ Defendant is ordered temporarily detained for a maximum of: ☑ 3 days ☐ 5 days ☐ 10 days
Detention Hearing set for: October 2, 2026 at 9:30 AM

**JENNIFER SHIELDS** **26-MJ-523**

**Bond Status:**

☑ Defendant is ordered temporarily detained for a maximum of: ☑ 3 days ☐ 5 days ☐ 10 days
Detention Hearing set for: October 2, 2026 at 10:00 AM

**JULIE GARDNER** **26-MJ-523**

**Bond Status:**

☑ Defendant is released on: ☐ O/R bond ☐ Unsecured bond in the amount of Amount
☐ Bond Secured by: ☐ Cash ☐ Property ☐ Cash/Property
☑ *See* Order Setting Conditions of Release

**DAVID JUAREZ** **26-MJ-523**

**Bond Status:**

☑ Defendant is released on: ☑ O/R bond ☐ Unsecured bond in the amount of Amount
☐ Bond Secured by: ☐ Cash ☐ Property ☐ Cash/Property
☑ *See* Order Setting Conditions of Release